AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BRYAN DELIA, Plaintiff,

V.

U.S. BANK NATIONAL ASSOCIATION,
d/b/a U.S. BANK, Defendant.

CASE NUMBER: 08CV2231　　EDA

ASSIGNED JUDGE: JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

U.S. BANK NATIONAL ASSOCIATION, d/b/a U.S. BANK
c/o Amber Holdings, LLC, Registered Agent
169 West Fifth Avenue
Columbus, OH 43201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_Esperanza Arnold_
(By) DEPUTY CLERK

April 18, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                        *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES OF AMERICA
NORTHERN DISTRICT OF ILLINOIS

Bryan Delia,           )
                       )
v.                     )        08 CV 2231
                       )
U.S. Bank National Association,  )
d/b/a U.S. Bank,       )

## AFFIDAVIT

I, DEREK WESTER, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on APRIL 22, 2008 at 10:09a, I served this Summons and Complaint upon **U.S. BANK NATIONAL ASSOCIATION, d/b/a U.S. BANK c/o Amber Holdings, LLC, Registered Agent** at 169 West Fifth Avenue, Columbus, OH 43201 by serving:

Name: SHIRLEY PUEH

Title: EXECUTIVE ADMYNISTRATION

Description: Sex: F , Race: W , Age: 50

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

SIGNED AND SWORN TO BEFORE ME THIS 23rd DAY OF APRIL, 2008.

_____
Process Server

_____
NOTARY PUBLIC

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-09