## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRYAN DELIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  08 CV 2231 |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | Judge Matthew F. Kennelly |
| d/b/a U.S. BANK, ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |

### DEFENDANT U.S. BANK NATIONAL ASSOCIATION'S
### MOTION FOR EXTENSION OF TIME

Defendant U.S. Bank National Association, d/b/a U.S. Bank ("U.S. Bank"), by its undersigned counsel, hereby moves this Honorable Court for a three-week extension of time for U.S. Bank to respond to the Complaint, and in support thereof states as follows:

1. On April 22, 2008, U.S. Bank was served with the Complaint. Therefore, U.S. Bank's response to the Complaint currently is due to be filed by Monday, May 12, 2008.

2. U.S. Bank's counsel is not able to conduct the factual investigation necessary to respond to the Complaint prior to the May 12, 2008 deadline.

3. Accordingly, U.S. Bank requests a three-week extension of time to respond to the Complaint, from May 12 to June 2, 2008.

4. This is U.S. Bank's first request for an extension of time, and this motion is brought in good faith.

-2-

WHEREFORE, Defendant U.S. Bank National Association, d/b/a U.S. Bank, respectfully requests that this Honorable Court grant this motion and extend the time for Defendant to respond to the Complaint by three weeks, until June 2, 2008.

Dated:  May 9, 2008

                         Respectfully submitted,

                         U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK


                         By:   /s/ David E. Morrison
                              One of Its Attorneys


David E. Morrison
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000