IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| BRYAN DELIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   08 CV 2231 |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | Judge Matthew F. Kennelly |
| d/b/a U.S. BANK, ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Lisa Kane
      Lisa Kane & Associates
      Suite 1420
      120 S. LaSalle Street
      Chicago, IL 60603

     PLEASE TAKE NOTICE that on May 21, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Matthew F. Kennelly in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendant U.S. Bank National Association's Motion for Extension of Time**, a copy of which is attached hereto.

Dated:  May 9, 2008

                                      Respectfully submitted,

                                      U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK


                                      By:   /s/ David E. Morrison
                                          One of Its Attorneys

David E. Morrison
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that on May 9, 2008, he caused a copy of **Defendant U.S. Bank National Association's Motion for Extension of Time** to be served via the court's electronic notification system upon the following:

  Lisa Kane
  Lisa Kane & Associates
  Suite 1420
  120 S. LaSalle Street
  Chicago, IL 60603


        /s/ David E. Morrison
        David E. Morrison