# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2231 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Bryan Delia vs. U.S. Bank National Association, d/b/a U.S. Bank | | |

**DOCKET ENTRY TEXT**

Defendant's motion for extension of time is granted. Response to complaint is to be filed by 6/2/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|