## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Bryan Delia
                                  Plaintiff,

v.                                                Case No.: 1:08−cv−02231
                                                  Honorable Matthew F. Kennelly

U.S. Bank National Association
                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 6/24/2008, with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 7/18/2008. Deadline for amending pleadings and adding parties is 8/29/2008. All discovery ordered closed 9/26/2008. The parties do not anticipate using experts. The deadline for filing dispositive motions is 10/27/2008. Status hearing continued to 10/30/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.