IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN DELIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 2231 |
| | ) | |
| U.S. BANK NATIONAL | ) | Hon. Matthew F. Kennelly |
| ASSOCIATION, d/b/a U.S. BANK, | ) | Judge Presiding |
| | ) | |
| Defendant. | ) | Magistrate J. Valdez |

## NOTICE OF MOTION

TO:  Lisa Kane, Esq.
     Lisa Kane & Associates, P.C.
     Suite 1420
     120 South LaSalle Street
     Chicago, Illinois  60603

      PLEASE TAKE NOTICE that on August 13, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly in Courtroom 2188 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the **Agreed Motion for Protective Order**, a copy of which is attached hereto.

Dated:  August 7, 2008              Respectfully submitted,

                                            U.S. BANK NATIONAL ASSOCIATION, d/b/a
                                            U.S. BANK


                                         By  /s/ Priya M. Bhatia _____
                                                 One of Its Attorneys

David E. Morrison
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 7, 2008, she caused a copy of the **Agreed Motion for Protective Order** to be served via the Court's Electronic Notification Filing System upon the following:

    Lisa Kane, Esq.
    Lisa Kane & Associates, P.C.
    Suite 1420
    120 South LaSalle Street
    Chicago, Illinois  60603


    /s/ Priya M. Bhatia
    Priya M. Bhatia