# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2231 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Bryan Delia vs. U.S. Bank National Association | | |

**DOCKET ENTRY TEXT**

Agreed motion for protective order is granted. The parties are directed to submit an electronic version of the proposed order, following the instructions on Judge Kennelly's web page.

| | Courtroom Deputy Initials: | DS |
|---|---|---|