IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN DELIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 2231 |
| | ) | |
| U.S. BANK NATIONAL | ) | Hon. Matthew F. Kennelly |
| ASSOCIATION, d/b/a U.S. BANK, | ) | Judge Presiding |
| | ) | |
| Defendant. | ) | Magistrate J. Valdez |

**NOTICE OF MOTION**

TO: Lisa Kane, Esq.
Lisa Kane & Associates, P.C.
Suite 1420
120 South LaSalle Street
Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on September 9, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Matthew F. Kennelly in Courtroom 2188 of the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present the **Defendant's Motion for Leave to File Amended Affirmative Defenses**, a copy of which is attached hereto.

Dated:  August 29, 2008    Respectfully submitted,

                                        U.S. BANK NATIONAL ASSOCIATION, d/b/a
                                        U.S. BANK

                                        By /s/ Priya M. Bhatia
                                             One of Its Attorneys

David E. Morrison
Priya M. Bhatia
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000