-2-

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that on August 29, 2008, she caused a copy of the **Defendant's Motion for Leave to File Amended Affirmative Defenses** to be served via the Court's Electronic Notification Filing System upon the following:

       Lisa Kane, Esq.
       Lisa Kane & Associates, P.C.
       Suite 1420
       120 South LaSalle Street
       Chicago, Illinois  60603


       /s/ Priya M. Bhatia
       Priya M. Bhatia